UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Scott Dolemba
                        Plaintiff,

v.                                             Case No.: 1:18−cv−00301
                                              Honorable Sara L. Ellis

Fortified, LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 17, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Parties having filed a stipulation of dismissal [21] the instant action is hereby dismissed without prejudice as to Plaintiff and Defendant Fortified, LLC with leave to move for reinstatement by 12/3/2018. In the event no party moves to reinstate by 12/3/2018, the dismissal shall become a dismissal with prejudice as to Plaintiff and Defendant Fortified, LLC. Plaintiff voluntarily dismisses his claims as to the John Does 1−10 without prejudice. The dismissals are with each party to bear its own costs and fees. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.